UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONELL NICHOLS, | : |
|         Plaintiff, | : |
| | : |
|     v. | :    No. 2:17-cv-02604 |
| | : |
| DOCTOR RONALD PHILLIPS; | : |
| DOCTOR BOB RAWLINS; | : |
| KRISTEN GRATY; | : |
| MARIO COLUCCI; | : |
| THE GEO GROUP, INC.; | : |
| WARDEN DAVID BYRNE; | : |
| SERGEANT SABINTINO; and | : |
| SUPERINTENDANT JOHN REILLY, | : |
|         Defendants. | : |

# **O R D E R**

**AND NOW**, this 29th day of December, 2017, upon consideration of Defendants' Motion to Dismiss Plaintiff's Complaint and Motion for Summary Judgment, ECF No. 9, and of Plaintiff's Motion to Dismiss Defendants' Motion to Dismiss, ECF No. 13, and for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT** Defendants' Motion to Dismiss and for Summary Judgment, ECF No. 9, is **DENIED in part** and **GRANTED in part** as follows:

1. Defendants' Motion to Dismiss is **DENIED** with respect to the retaliation claim against Defendant Sabintino.
2. Defendants' Motion to Dismiss is **GRANTED** with respect to all other claims, which are **DISMISSED without prejudice**.
3. The Clerk of Court shall refer this action to the Prisoner Civil Rights Panel to attempt to obtain counsel for Plaintiff.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Court